UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| INT MEDIA GROUP, INCORPORATED | : | |
| | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:01CV2354 (RNC) |
| | : | |
| v. | : | |
| | : | |
| TIM HIGGINS, | : | |
| | : | March 7, 2005 |
| Defendant. | : | |

## MOTION FOR RETURN OF PROPERTY

Plaintiff INT Media Group, Inc. hereby requests a return of the original $10,000 surety bond issued by the Hartford Fire Insurance Company regarding the above-captioned action.

                    PLAINTIFF INT MEDIA GROUP,
                    INCORPORATED

By: /s/ David R. Schaefer
    David R. Schaefer, Esq. (ct04334)
    BRENNER, SALTZMAN & WALLMAN LLP
    Their Attorney
    271 Whitney Avenue
    P.O. Box 1746
    New Haven, CT  06507-1746
    Tel. (203) 772-2600
    Email: dschaefer@bswlaw.com

948750.DOC

## **CERTIFICATE OF SERVICE**

This is to certify that the foregoing has been sent by first-class mail, postage prepaid this 7th day of March, 2005 to:

Kevin P. Dean, Esq.
Wiggin & Dana
265 Church Street
P.O. Box 1832
New Haven, CT 06508.

    /s/ David R. Schaefer_____
David R. Schaefer, Esq. (ct 04334)

948750.DOC