UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| INT MEDIA GROUP, INCORPORATED | |
| Plaintiff, | CIVIL ACTION NO.<br>3:01CV2354 (RNC) |
| v. | |
| TIM HIGGINS, | |
| | March 7, 2005 |
| Defendant. | |

## MOTION FOR RETURN OF PROPERTY

Plaintiff INT Media Group, Inc. hereby requests a return of the original $10,000 surety bond issued by the Hartford Fire Insurance Company regarding the above-captioned action.

PLAINTIFF INT MEDIA GROUP,
INCORPORATED

By: _____
David R. Schaefer, Esq. (ct04334)
BRENNER, SALTZMAN & WALLMAN LLP
Their Attorney
271 Whitney Avenue
P.O. Box 1746
New Haven, CT  06507-1746
Tel. (203) 772-2600
Email: dschaefer@bswlaw.com

948750.DOC